IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **FIRST COMMAND BANK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01254-P |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Extend Deadline to File Stipulation of Dismissal. ECF No. 11. The Court finds that the Motion should be and hereby is **DENIED.** Based on the parties' representations to the Court, the Court finds that the case should be and hereby is **DISMISSED with prejudice.**

SO ORDERED on this **25th day** of **May, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

1